**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 314 MAL 2018

                Respondent            :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

              v.                  :

                                    :

CLINTON D. OXFORD,                 :

                                    :

                Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.